In the Matter of ANNA W. FERRIS, an Incompetent Person. GEORGE B. MEAD, JR., as Executor of ANNA W. FERRIS, Deceased, Appellant.

*Matter of Ferris*, 86 App. Div. 559, affirmed.
(Argued November 10, 1903; decided November 24, 1903.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 1, 1903, which affirmed an order of Special Term substituting the appellant herein in place of Anna W. Ferris, deceased, in a proceeding for the appointment of a committee of said Anna W. Ferris and reviving and continuing the proceeding.

The following question was certified: " Had the Supreme Court jurisdiction to make the order dated the 31st day of March, 1903, and each and every part thereof ? "

*George H. Fletcher* for appellant.

*Milton A. Fowler* and *Irving Washburn* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.